| | |
|---|---|
| 1 | ROBBINS UMEDA LLP |
|   | MARC M. UMEDA (197847) |
| 2 | mumeda@robbinsumeda.com |
|   | STEPHEN J. ODDO (174828) |
| 3 | soddo@robbinsumeda.com |
|   | REBECCA A. PETERSON (241858) |
| 4 | rpeterson@robbinsumeda.com |
|   | 600 B Street, Suite 1900 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (619) 525-3990 |
| 6 | Facsimile: (619) 525-3991 |
| 7 | Attorneys for Plaintiff |
| 8 | [Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLORD LAPLANTE, on Behalf of Himself and All Others Similarly Situated, | ) Case No. 5:10-CV-04944-JF |
| | ) |
| | ) <u>CLASS ACTION</u> |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF GAYLORD LAPLANTE'S |
| | ) MOTION AND NOTICE OF MOTION TO |
| RAE SYSTEMS INC., ROBERT I. CHEN, | ) CONSOLIDATE AND APPOINT LEAD |
| PETER C. HSI, RANDALL GAUSMAN, | ) COUNSEL |
| LYLE D. FEISEL, SIGRUN HJELMQVIST, | ) |
| JAMES W. POWER, KEH-SHEW LU, | ) Judge: Honorable Jeremy Fogel |
| SUSAN WANG, BATTERY VENTURES, | ) Courtroom: 3, 5th Floor |
| | ) |
| Defendants. | ) Hearing Date: TBD |
| | ) Hearing Time: TBD |
| | ) |
| | ) Oral Argument Requested |

[Caption continued on following page]

---

PLAINTIFF LAPLANTE'S MOT. & NOTICE OF
MOT. TO CONSOLIDATE & APPT. LEAD COUNSEL

Case No. 5:10-CV-04944-JF

| | |
|---|---|
| GARY MARBY, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBERT I. CHEN, PETER C. HSI, LYLE D. FEISEL, SIGURN HJELMQUIST, JAMES W. POWER, SUSAN WANG, KEH-SHEW LU, RUDY ACQUISITION CORP., RUDY MERGER SUB CORP. AND RAE SYSTEMS INC.,<br><br>              Defendants. | Case No. 5:10-CV-05328-JF<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge: Honorable Jeremy Fogel<br>Courtroom: 3, 5th Floor |

PLAINTIFF LAPLANTE'S MOT. & NOTICE OF
MOT. TO CONSOLIDATE & APPT. LEAD COUNSEL

Case No. 5:10-CV-04944-JF

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2   PLEASE TAKE NOTICE that on a date and time to be determined by the Court, before Honorable Jeremy Fogel, Courtroom 3, 5th Floor, United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, plaintiff Gaylord LaPlante will, and hereby does, move this Court pursuant to Rules 42 of the Federal Rules of Civil Procedure for an order (i) consolidating the two above-captioned derivative actions and (ii) appointing Robbins Umeda LLP as Lead Counsel.

The Motion is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Stephen J. Oddo and exhibits attached thereto, the complete files and records in these actions, and such oral argument as the Court may consider in deciding this Motion.

DATED: January 3, 2011

ROBBINS UMEDA LLP
MARC M. UMEDA
STEPHEN J. ODDO
REBECCA A. PETERSON

         s/Stephen J. Oddo
            STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

KENDALL LAW GROUP
JOE KENDALL
jkendall@kendalllawgroup.com
JAMIE MCKEY
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 3rd, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 3rd, 2011.

s/Stephen J. Oddo<br>
STEPHEN J. ODDO

563784