ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
STEPHEN J. ODDO (174828)
soddo@robbinsumeda.com
REBECCA A. PETERSON (241858)
rpeterson@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLORD LAPLANTE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAE SYSTEMS INC., ROBERT I. CHEN, PETER C. HSI, RANDALL GAUSMAN, LYLE D. FEISEL, SIGRUN HJELMQVIST, JAMES W. POWER, KEH-SHEW LU, SUSAN WANG, BATTERY VENTURES,<br><br>Defendants. | Case No. 5:10-CV-04944-JF<br><br>CLASS ACTION<br><br>DECLARATION OF STEPHEN J. ODDO IN SUPPORT OF PLAINTIFF GAYLORD LAPLANTE'S MOTION TO CONSOLIDATE AND APPOINT LEAD COUNSEL<br><br>Judge: Honorable Jeremy Fogel<br>Courtroom: 3, 5th Floor<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br><br>Oral Argument Requested |

[Caption continued on following page]

Case No. 5:10-CV-04944-JF
DECL. OF STEPHEN. J. ODDO IN SUPPORT OF PLAINTIFF LAPLANTE'S MOT. TO CONSOLIDATE
& APPT. LEAD COUNSEL

| | | |
|---|---|---|
| GARY MARBY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 5:10-CV-05328-JF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ROBERT I. CHEN, PETER C. HSI, LYLE D. FEISEL, SIGURN HJELMQUIST, JAMES W. POWER, SUSAN WANG, KEH-SHEW LU, RUDY ACQUISITION CORP., RUDY MERGER SUB CORP. AND RAE SYSTEMS INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | Judge: Honorable Jeremy Fogel
Courtroom: 3, 5th Floor |

Case No. 5:10-CV-04944-JF
DECL. OF STEPHEN. J. ODDO IN SUPPORT OF PLAINTIFF LAPLANTE'S MOT. TO CONSOLIDATE & APPT. LEAD COUNSEL

I, STEPHEN J. ODDO, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a partner with the law firm Robbins Umeda LLP, counsel for plaintiff Gaylord LaPlante in the above-entitled action. I submit this Declaration in support of Plaintiff Gaylord LaPlante's Motion to Consolidate and Appoint Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Firm Resume of Robbins Umeda LLP;

Exhibit B: *Carmona v. Bryant, et al.*, No. CV-OC-0601251, Revised Memorandum Decision and Order on Plaintiff's Motion for Final Approval of Settlement (Idaho Dist. Ct. Jan. 23, 2007);

Exhibit C: *In re Wireless Facilities, Inc. Derivative Litig.*, No. 04-cv-01663-JAH-NLS, Final Judgment and Order of Dismissal (S.D. Cal. Mar. 29, 2010)

Exhibit D: *Lieb v. Unocal Corp.*, No. BC331316, Stipulation of Settlement (Cal. Super. Ct.-Los Angeles County Aug. 31, 2005)

Exhibit E: *Rowe v. Fishman*, No. 04-4576-JRT-FLN, Order and Final Judgment (D. Minn. Sept. 6, 2007); and

Exhibit F: *Carrigan v. Solectron Corporation, et al.*, No. 1:07-CV-087219, Order Granting Plaintiff's Motion for Class Certification (Cal. Super. Ct.-Santa Clara Cnty. Aug. 12, 2010).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of January, 2011, at San Diego, California.

s/ Stephen J. Oddo<br>STEPHEN J. ODDO

- 1 -

Case No. 5:10-CV-04944-JF
DECL. OF STEPHEN. J. ODDO IN SUPPORT OF PLAINTIFF LAPLANTE'S MOT. TO CONSOLIDATE & APPT. LEAD COUNSEL

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on January 3rd, 2011, I electronically filed the foregoing with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-
4  mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5  have mailed the foregoing document or paper via the United States Postal Service to the non-
6  CM/ECF participants indicated on the attached Manual Notice List.
7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on January 3rd, 2011.

                                                      s/ Stephen J. Oddo
                                                  STEPHEN J. ODDO

563785

- 2 -

Case No. 5:10-CV-04944-JF
DECL. OF STEPHEN. J. ODDO IN SUPPORT OF PLAINTIFF LAPLANTE'S MOT. TO CONSOLIDATE
& APPT. LEAD COUNSEL