E-FILED
Aug 12, 2010 2:26 PM
David H. Yamasaki
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
Case #1-07-CV-087219 Filing #G-24616
By R. Walker, Deputy

1 ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
2 BENJAMIN ROZWOOD (181474)
REBECCA A. PETERSON (241858)
3 JULIA M. WILLIAMS (244400)
600 B Street, Suite 1900
4 San Diego, CA 92101
Telephone: (619) 525-3990
5 Facsimile: (619) 525-3991

6 Attorneys for Plaintiff

7

8 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 COUNTY OF SANTA CLARA

10

11 RICHARD CARRIGAN, on Behalf of Himself ) Case No. 1:07-CV-087219
and All Others Similarly Situated, )
) CLASS ACTION
12 Plaintiff, )
) [PROPOSED] ORDER GRANTING
13 vs. ) PLAINTIFF'S MOTION FOR CLASS
) CERTIFICATION
14 SOLECTRON CORPORATION, PAUL )
TUFANO, ROBERT DeVINCENZI, )
15 WILLIAM A. HASLER, C. WESLEY )
SCOTT, WILLIAM R. GRABER, CYRIL J. )
16 YANSOUNI, H. PAULETT EBERHART, )
RICHARD A. D'AMORE, HEINZ K. )
17 FRIDRICH, PAUL R. LOW, WARREN J. )
LIGAN, STEPHEN COGHLAN, )
18 GOLDMAN, SACHS & CO., THOMAS A. )
STOKES, COLIN RYAN, FLEXTRONICS )
19 INTERNATIONAL LTD., MICHAEL M. ) Judge: Honorable Joseph H. Huber
McNAMARA, THOMAS J. SMACH, PAUL ) Department: 8C
20 READ, SATURN MERGER II ) Date Action Filed: June 4, 2007
CORPORATION, and DOES 1-50, inclusive, )
21 ) Hearing Date: July 16, 2010
Defendants. ) Hearing Time: 9:00 a.m.
22 )

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1. Plaintiff Richard Carrigan's motion for class certification ("Motion") came before the Court for hearing on July 16, 2010. Having considered the parties' papers and pleadings submitted in connection with the motion, the argument of counsel, the papers and pleadings on file in this action, and good cause appearing therefore, the Court hereby finds as follows:

1. The members of the class, as defined below, are so numerous that joinder of all members is impractical;

    (a) There are questions of law and fact common to the Class,

    (b) The claims of Richard Carrigan are typical of the Class,

    (c) Plaintiff will fairly and adequately protect the interests of the Class,

    (d) The questions of law and common fact predominate over any questions affecting only individual members of the Class, and

    (e) A class action is superior to other available methods for the fair and efficient adjudication of the controversy in this action.

Good cause appearing, IT IS HEREBY ORDERED that:

2. Plaintiff's motion for class certification is GRANTED;

3. The Class is comprised of all former Solectron shareholders that were entitled to vote and receive cash or Flextronics stock in exchange for their Solectron shares following the close of the transaction, excluding the defendants and any individual or entity related to or affiliated with any defendant;

4. Excluded from the class are defendants and any person, firm, trust, corporation, or other entity related to or affiliated with any defendants;

5. Plaintiff Richard Carrigan is appointed as representative of the Class; and

6. Plaintiff's counsel, Robbins Umeda LLP is appointed Class counsel.

ORDER

IT IS SO ORDERED:
DATED: 8-12-10
AUG 1 2 2010

HONORABLE JOSEPH H. HUBER
JUDGE OF THE SUPERIOR COURT

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1  Submitted by:

   ROBBINS UMEDA LLP
2

3  _____s/Benjamin Rozwood_____
              BENJAMIN ROZWOOD
4

   Attorneys for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  490189

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION