DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
MARIE BAFUS (CSB. No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants RAE Systems Inc., Randall Gausman, Lyle D. Feisel, Sigrun Hjelmquist, James W. Power, Keh-Shew Lu and Susan Wang

**E-Filed 1/10/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GAYLORD LAPLANTE, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

RAE SYSTEMS INC., ROBERT I. CHEN, PETER C. HSI, RANDALL GAUSMAN, LYLE D. FEISEL, SIGRUN HJELMQUIST, JAMES W. POWER, KEH-SHEW LU, SUSAN WANG, BATTERY VENTURES,

Defendants.

Case No. 5:10-cv-04944-JF

**CLASS ACTION**

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the above-captioned action challenges the proposed acquisition of RAE Systems Inc. ("RAE") by an affiliate of Battery Ventures VIII, L.P. and Battery Ventures VIII Side Fund, L.P., announced on September 20, 2010 (the "Proposed Transaction");

WHEREAS, between September 20, 2010 and December 17, 2010, a total of twelve putative class action lawsuits purporting to represent the same putative class of RAE shareholders as herein, and naming the Defendants named herein, were filed challenging the Proposed Transaction and disclosures made in connection with the Proposed Transaction. Five putative

STIPULATION AND
[PROPOSED] ORDER

CASE NO. 5:10-CV-04944-JF

1    class actions were filed in the Delaware Court of Chancery (the "Delaware Actions")[1], five were
2    filed in the California Superior Court, County of Santa Clara (the "California Actions")[2], and two,
3    including this action, were filed in the United States District Court for the Northern District of
4    California (the "Federal Actions");[3]

5    WHEREAS, on October 18, 2010, the Delaware Court of Chancery issued an order
6    consolidating four of the Delaware Actions, and on October 28, 2010 the Delaware plaintiffs filed
7    a Consolidated Amended Complaint under the caption *In Re RAE Systems, Inc. Shareholders*
8    *Litigation*, Consolidated C.A. No. 5848-VCS. On December 23, 2010, Plaintiffs in the remaining
9    Delaware Action, *James Mann v. RAE Systems Inc., et al.*, No. 6081, filed a motion to consolidate
10   their action with the pending consolidated Delaware action;

11   WHEREAS, on October 28, 2010, the California Superior Court issued an order
12   consolidating the California Actions under the caption *In Re RAE Systems, Inc. Shareholders*
13   *Litigation*, Consolidated No. 10-cv-182985. On December 17, 2010, the California Superior
14   Court granted the defendants' motion to stay the California Actions in favor of the Delaware
15   consolidated action;

16   WHEREAS, on November 1, 2010, Plaintiff filed his class action complaint (the
17   "Complaint") in this Court in the above-captioned action;

18   WHEREAS, on December 10, 2010, plaintiffs in the Delaware Actions and the California
19   Actions served Plaintiffs' Multi-Jurisdictional Consolidated First Request For The Production Of
20   Documents And Things To All Defendants;

21   WHEREAS, on December 8, 2010, the plaintiff in the parallel Federal action (*Mabry v.*
22   *Chen, et al.*, No. 10-cv-05328) filed a motion to relate that action with this action. On
23

---

[1] The Delaware Actions are: *Mann v. RAE Systems, Inc.*, No. 6081; *Nelson v. RAE Systems, Inc.*, No. 5848; *Quintanilla v. RAE Systems, Inc.*, No. 5872; *Venton v. RAE Systems, Inc.*, No. 5854; and *Villeneuve v. RAE Systems, Inc.*, No. 5877.

[2] The California Actions are: *AC Photonics, Inc. v. RAE Systems, Inc.*, No. 10-cv-183942; *Angles v. RAE Systems, Inc.*, No. 10-cv-18360; *Foley v. RAE Systems, Inc.*, No. 10-cv-182985; *Greenbaum v. Chen*, No. 10-cv-183814; and *Mann v. RAE Systems, Inc.*, No. 10-cv-183960.

[3] The Federal Actions are: *LaPlante v. RAE Systems, Inc.*, No. 10-cv-04944 and *Mabry v. RAE Systems, Inc.*, No. 10-cv-05328.

STIPULATION AND
[PROPOSED] ORDER                              2                         CASE NO. 5:10-CV-04944-JF

1  December 20, 2010, this Court granted the plaintiff's motion, pursuant to which the <u>Mabry</u> action
2  was reassigned to the Honorable Jeremy Fogel on December 21, 2010.
3  ACCORDINGLY, in light of the earlier-filed litigation proceeding in the Delaware Court
4  of Chancery and the California Superior Court's order staying the California Actions in favor of
5  the Delaware litigation, and in order to ease the burden on the parties and this Court,
6  IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by
7  and through their respective counsel, that:
8  1.  Defendants (a) will produce to Plaintiff the same documents produced by
9  Defendants in the Delaware Actions and (b) will not object to Plaintiff appearing at depositions
10 occurring in the Delaware Actions and asking non-duplicative questions of each deponent;
11 2.  Plaintiff and his counsel shall agree to abide by the terms and conditions of any
12 protective order governing the production and exchange of confidential material that is stipulated
13 to, agreed to, and/or entered in any of the Delaware Actions, and Plaintiff and his counsel shall
14 execute an undertaking evidencing such agreement;
15 3.  All documents and information produced by Defendants to Plaintiff will be kept
16 confidential and shall not be used for any purpose other than litigating the above-captioned action,
17 and shall not be revealed, disclosed or otherwise made known to persons, directly or indirectly, in
18 whole or in part, other than the following:  (a) Plaintiff in this action; (b) Plaintiff's counsel in this
19 action and regular and temporary employees of their firms, and service vendors of such counsel
20 (including outside copying services, outside litigation support services, and stenographers) to
21 whom disclosure is reasonably necessary for the litigation of the above-captioned action; (c)
22 deponents and their counsel during the course of and in preparation for depositions as set forth in
23 provision 1(b) above; (d) this Court and any of his Honor's respective staff, administrative
24 personnel and Court reporters, and any essential personnel retained by this Court in connection
25 with this matter; and (e) any other person only upon order of this Court or upon stipulation of the
26 producing Defendant; provided, however, that the foregoing provisions in this paragraph shall not
27 be deemed to limit or otherwise alter Plaintiff's or his counsels' obligations under the terms and
28 conditions of any protective order governing the production and exchange of confidential material

STIPULATION AND
[PROPOSED] ORDER                          3                          CASE NO. 5:10-CV-04944-JF

1  that is stipulated to, agreed to, and/or entered in any of the Delaware Actions, or Plaintiff's and his counsels' agreement to abide by the terms and conditions of any such protective order;

3  4. Plaintiff will coordinate with the Delaware Actions and will not seek any temporary restraining order, preliminary injunction or any other preliminary injunctive relief in this action;

6  5. All proceedings and deadlines in the above-captioned action, including Defendants' time to answer, move or otherwise respond to the Complaint, shall be stayed, pending resolution of the Delaware Actions;

9  6. On or before July 1, 2011, the parties to this action will meet and confer regarding the status of the Delaware Actions and this action, and within 15 days of the foregoing meet and confer, the parties will submit a joint status report or request for dismissal, as appropriate, to this Court;

13  7. In light of the parties' stipulation and agreement, the parties respectfully request that the Court enter the Order subjoined hereto and vacate the Case Management Conference currently scheduled in this matter for January 14, 2011 at 10:30 a.m.; and

16  8. Nothing in this stipulation and agreement shall preclude any party from subsequently seeking a modification of this Order.

DATED: January 10, 2011

FENWICK & WEST LLP
DEAN S. KRISTY
dkristy@fenwick.com


/s/    Dean S. Kristy
       DEAN S. KRISTY

555 California Street, 12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants RAE Systems Inc., Randall Gausman, Lyle D. Feisel, Sigrun Hjelmquist, James W. Power, Keh-Shew Lu and Susan Wang

|   |   |
|---|---|
| 1 |   |
| 2 | ROBBINS UMEDA LLP |
| 3 | STEPHEN J. ODDO<br>soddo@robbinsumeda.com |
| 4 |   |
| 5 | /s/   Stephen J. Oddo<br>STEPHEN J. ODDO |
| 6 |   |
| 7 | 600 B Street, Suite 1900<br>San Diego, CA 92101 |
| 8 | Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| 9 | KENDALL LAW GROUP |
| 10 | JOE KENDALL<br>jkendall@kendalllawgroup.com |
| 11 | JAMIE MCKEY<br>jmckey@kendalllawgroup.com |
| 12 | 3232 McKinney Avenue, Suite 700 |
| 13 | Dallas, TX 75204<br>Telephone: (214) 744-3000 |
| 14 | Facsimile: (214) 744-3015 |
| 15 | Attorneys for Plaintiff Gaylord LaPlante |
| 16 |   |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| 18 | DAVID BERGER |
| 19 | dberger@wsgr.com<br>STEVEN GUGGENHEIM |
| 20 | sguggenheim@wsgr.com<br>JONI L. OSTLER |
| 21 | jostler@wsgr.com |
| 22 |   |
| 23 | /s/  Steven Guggenheim<br>STEVEN GUGGENHEIM |
| 24 | 650 Page Mill Road |
| 25 | Palo Alto, CA 94304<br>Telephone: (650) 493-9300 |
| 26 | Facsimile: (650) 493-6811 |
| 27 | Attorneys for Defendants<br>Robert Chen and Peter C. Hsi |
| 28 |   |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER        5        CASE NO. 5:10-CV-04944-JF

BINGHAM MCCUTCHEN
GEOFFREY S. BECKHAM
geoff.beckham@bingham.com

/s/ Geoffrey S. Beckham
   GEOFFREY S. BECKHAM

Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393.2000
Facsimile: (415) 393.2286

BINGHAM MCCUTCHEN LLP
JORDAN D. HERSHMAN
jordan.hershman@bingham.com
JASON D. FRANK
jason.frank@bingham.com
WILLIAM R. HARB
william.harb@bingham.com
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951.8000
Facsimile: (617) 951.8736

Attorneys for Defendant
Battery Ventures

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dean S. Kristy, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "confirmed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of January 2011, at San Francisco, California.

DATED: January 10, 2011            /s/ Dean S. Kristy
                                                                         DEAN S. KRISTY

# ORDER

**IT IS SO ORDERED.**

Dated this ___10th___ day of January, 2011.

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE