DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
MARIE BAFUS (CSB. No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants RAE Systems Inc., Randall Gausman, Lyle D. Feisel, Sigrun Hjelmquist, James W. Power, Keh-Shew Lu and Susan Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLORD LAPLANTE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAE SYSTEMS INC., ROBERT I. CHEN, PETER C. HSI, RANDALL GAUSMAN, LYLE D. FEISEL, SIGRUN HJELMQUIST, JAMES W. POWER, KEH-SHEW LU, SUSAN WANG, BATTERY VENTURES,<br><br>Defendants. | Case No. 5:10-cv-04944-JF<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT** |

Under the Stipulation and Order entered in this action on January 10, 2011 [Dkt. No. 23] (the "Stay Order"), all proceedings and deadlines in this action are stayed pending resolution of five putative class actions that were filed in the Delaware Court of Chancery (the "Delaware Actions").[1] Pursuant to the Stay Order, the parties to this action have met and conferred

---

[1] The Delaware Actions are: *Mann v. RAE Systems, Inc.*, No. 6081; *Nelson v. RAE Systems, Inc.*, No. 5848; *Quintanilla v. RAE Systems, Inc.*, No. 5872; *Venton v. RAE Systems, Inc.*, No. 5854; and *Villeneuve v. RAE Systems, Inc.*, No. 5877.

regarding the status of the Delaware Actions and this action. As the Delaware Actions remain pending, even though shareholders of RAE Systems, Inc. (the "Company") approved a sale of the Company to an affiliate of Vector Capital on June 9, 2011, and that acquisition was completed on June 16, 2011, the parties respectfully request that the Stay Order remain in effect and that this action remain stayed under the terms of the Stay Order.

On or before December 1, 2011, the parties will meet and confer regarding the status of the Delaware Actions and this action, and within 15 days of the foregoing meet and confer, the parties will submit a joint status report or request for dismissal, as appropriate, to this Court.

DATED: July 15, 2011

FENWICK & WEST LLP
DEAN S. KRISTY
dkristy@fenwick.com

/s/ Dean. S. Kristy
DEAN S. KRISTY

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants RAE Systems Inc., Randall Gausman, Lyle D. Feisel, Sigrun Hjelmquist, James W. Power, Keh-Shew Lu and Susan Wang

ROBBINS UMEDA LLP
STEPHEN J. ODDO
soddo@robbinsumeda.com

/s/ Stephen J. Oddo
STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

|   |   |
|---|---|
| 1 | KENDALL LAW GROUP |
|   | JOE KENDALL |
| 2 | jkendall@kendalllawgroup.com |
|   | JAMIE MCKEY |
| 3 | jmckey@kendalllawgroup.com |
|   | 3232 McKinney Avenue, Suite 700 |
| 4 | Dallas, TX 75204 |
| 5 | Telephone: (214) 744-3000 |
|   | Facsimile: (214) 744-3015 |

Attorneys for Plaintiff Gaylord LaPlante

WILSON SONSINI GOODRICH & ROSATI
DAVID BERGER
dberger@wsgr.com
STEVEN GUGGENHEIM
sguggenheim@wsgr.com


/s/ Steven Guggenheim
STEVEN GUGGENHEIM

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendants
Robert Chen and Peter C. Hsi

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dean S. Kristy, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "confirmed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of July 2011, at San Francisco, California.

DATED: July 15, 2011            /s/ Dean S. Kristy
                                 DEAN S. KRISTY

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document:

**JOINT STATUS REPORT**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| STEPHEN J. ODDO<br>soddo@robbinsumeda.com<br>ROBBINS UMEDA LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>**VIA ECF**<br><br>WILSON SONSINI GOODRICH & ROSATI<br>DAVID BERGER<br>dberger@wsgr.com<br>STEVEN GUGGENHEIM<br>sguggenheim@wsgr.com<br>JONI L. OSTLER<br>jostler@wsgr.com<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>**VIA US MAIL** | KENDALL LAW GROUP<br>JOE KENDALL<br>jkendall@kendalllawgroup.com<br>JAMIE MCKEY<br>jmckey@kendalllawgroup.com<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015<br><br>**VIA US MAIL** |

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

PROOF OF SERVICE                    1                    CASE NO. 5:10-CV-04944-JF

| | |
|---|---|
| ☒ | **BY ECF:** electronic service pursuant to General Order No. 45 and Local Rule 5-4. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties. |
| ☐ | **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business. |
| ☐ | **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above. |
| ☐ | **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above. |
| ☐ | **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above. |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: July 15, 2011

_/s/ Reba Williams-Jones_
Reba Williams-Jones